■ DELMETREA SALTER, Individually and as Parent and Natural Guardian of DIMITRIUS J.N. HAWKINS, an Infant, et al., Respondents, v DEACONESS FAMILY MEDICINE CENTER et al., Appellants. (Appeal No. 3.) [700 NYS2d 895] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Decrease Verdict.) Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Callahan, JJ.

■ MARY J. LARAGH (Formerly Known as MARY FALSO), Respondent, v FELIPPO FALSO, Appellant. [703 NYS2d 432] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Roy, J. (Appeal from Order of Supreme Court, Onondaga County, Roy, J.—Contempt.) Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Callahan, JJ.